A96A0743. INDUSTRIAL DISTRIBUTION GROUP, INC.
v. WAITE.
(489 SE2d 176)

MCMURRAY, Presiding Judge.

The trial court's award of attorney fees was affirmed by this Court in *Indus. Distrib. Group v. Waite*, 222 Ga. App. 233 (474 SE2d 28). However, on certiorari, the Supreme Court of Georgia reversed in *Indus. Distrib. Group v. Waite*, 268 Ga. 115 (485 SE2d 792). Consequently, our prior judgment is vacated, and the judgment of the Supreme Court is made the judgment of this Court. The judgment of the trial court is reversed.

*Judgment reversed. Johnson and Ruffin, JJ., concur.*

DECIDED JULY 14, 1997.

*Kilpatrick Stockton, Thomas C. Harney, Craig E. Bertschi*, for appellant.

*Bondurant, Mixson & Elmore, H. Lamar Mixson, Jill A. Pryor*, for appellee.